In the Matter of S. CHARLES SUGARMAN, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of BENJAMIN F. SCHWARTZ, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

LIZZIE WEKERLE, as Administratrix, etc., v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ROY REALTY COMPANY v. B. ALTMAN & COMPANY.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the Judicial Settlement of the Account of COLUMBIA TRUST COMPANY and Others, Executors, etc., of JAMES BUCHANAN BRADY, Deceased, Respondents. ST. JOHN'S GUILD and Another, Appellants; THE TRIBUNE FRESH AIR FUND and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BARBERA, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

RAYMOND D. HALSEY, Respondent, v. THE NEW YORK SOCIETY FOR THE SUPPRESSION OF VICE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Smith, J., dissenting.

In the Matter of the Transfer Tax upon the Estate of JOSÉ ZAYAS Y USATORRES, Deceased. OCTAVIO A. ZAYAS, as Executor, etc., Appellant; COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. POST & McCORD, INC., Appellant, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Lehman, J., at Special Term. [Reported in 108 Misc. Rep. 632.] Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

NICHOLAS A. GALANOS, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

BARBARA SCHNATZ, Respondent, v. GEORGE J. SCHNATZ and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

BENJAMIN FEINSTEIN, Appellant, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Page, J., dissenting.